**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,
Russell Gomm and Laura De La O*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL GOMM and LAURA DE LA O, | Case No.: 2:24-cv-00260-JAK-AJR |
| Plaintiffs, | |
| vs. | **NOTICE OF SETTLEMENT** |
| WE COLLECT, INC. D/B/A ATLAS FINANCIAL SERVICES, | |
| Defendant. | |

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that Plaintiffs RUSSELL GOMM and LAURA DE LA O (jointly as "Plaintiffs") and Defendant WE COLLECT, INC. D/B/A ATLAS FINANCIAL SERVICES ("Defendant") have agreed to a settlement in the above-captioned action.

Plaintiffs anticipate that the parties will memorialize and execute a settlement agreement and a dismissal of this action will be forthcoming within sixty (60) days from the date of this notice. In light of the parties' settlement, Plaintiffs respectfully request that the Court's Order to Show Cause (Dkt. No. 13) and any other deadlines in this action be vacated. Plaintiffs further request that the Court otherwise retain jurisdiction in the interim until the settlement is completed and Plaintiffs file a dismissal of the action.

Dated: March 25, 2024          Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: _s/ Mona Amini_
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiffs*

- 2 -
NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On March 25, 2024, I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 25, 2024, at Costa Mesa, California.

*/s/ Mona Amini*
MONA AMINI, ESQ.